# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL A. RIOS, | ) NO. CV 07-5743-AHM (MAN) |
| Plaintiff, | ) |
| v. | ) ORDER ADOPTING FINDINGS, |
| SOCIAL SECURITY COMMISSIONER, | ) CONCLUSIONS, AND RECOMMENDATIONS |
| Defendant. | ) OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all of the records herein, and the Report and Recommendation of United States Magistrate Judge. The time for filing Objections has passed, and no Objections have been filed with the Court. The Court accepts and adopts the Magistrate Judge's Report and Recommendation, and the findings of fact, conclusions of law, and recommendations therein.

IT IS ORDERED that: (1) Defendant's motion to dismiss is GRANTED; and (2) Judgment shall be entered dismissing this action without prejudice pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure.

       IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on counsel for Plaintiff and for Defendant.

       LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:   December 22, 2008

                                              A. HOWARD MATZ
                                        UNITED STATES DISTRICT JUDGE