**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MIGUEL A. RIOS, | ) NO. CV 07-5743-AHM (MAN) |
|             Plaintiff, | ) |
|     v. | ) JUDGMENT |
| SOCIAL SECURITY COMMISSIONER, | ) |
|             Defendant. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice, pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure.

DATED:   December 22, 2008

**Make JS-6**

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE